# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 8, 2008

135090

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

GRIEVANCE ADMINISTRATOR,
      Petitioner-Appellee,

v

CARL M. WEIDEMAN, III,
      Respondent-Appellant.

SC: 135090
ADB No.: 05-79-GA

_____/

     By order of October 26, 2007, this Court granted immediate consideration and denied a stay.  On order of the Court, the application for leave to appeal is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



11217

     I,  Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 8, 2008

Clerk